**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **18-cr-476-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. REMIGIO RAFAEL HAU CHI,

    Defendant.

___

**INDICTMENT
18 U.S.C. § 401(3) [Criminal Contempt]**

___

The Grand Jury charges:

**COUNT ONE**

Beginning in or about March 2014 and continuing thereafter, in the District of Colorado and elsewhere, the defendant, REMIGIO RAFAEL HAU CHI (hereafter, HAU CHI), did willfully and knowingly disobey and resist a lawful order of a Court of the United States; that is, the order issued by United States District Court Chief Judge Marcia S. Krieger on February 20, 2014, in the case of *United States v. Remigio Rafael Hau Chi*, 13-cr-00077-MSK-02, in which, having sentenced HAU CHI to a period of imprisonment, Chief Judge Krieger's Judgment in A Criminal Case ordered that HAU CHI must notify the United States attorney within 30 days of any change of residence or mailing address until all fines, restitution, and court costs imposed by the Judgment are fully paid.  Instead, beginning in or about March 2014 and continuing thereafter, HAU CHI moved from his residence without notifying the United States attorney, and HAU CHI's whereabouts remained unknown to the United States attorney, in violation of

1

Chief Judge Krieger's Judgment in a Criminal Case, and in violation of Title 18, United States Code, Section 401(3).

## COUNT TWO

Beginning in or about March 2014 and continuing thereafter, in the District of Colorado and elsewhere, the defendant, REMIGIO RAFAEL HAU CHI, did willfully and knowingly disobey and resist a lawful order of a Court of the United States; that is, the order issued by United States District Court Chief Judge Marcia S. Krieger on February 20, 2014, in the case of *United States v. Remigio Rafael Hau Chi*, 13-cr-00077-MSK-02, in which, during the sentencing hearing for HAU CHI, Chief Judge Krieger ordered that HAU CHI's "bond will be continued until he voluntarily reports to the institution designated by the Bureau of Prisons" to serve his sentence, which bond conditions included that HAU CHI regularly report to the United States Probation Office. Instead, beginning in or about March 2014 and thereafter, HAU CHI absconded from supervision and failed to report to the United States Probation Office, all in violation of Chief Judge Krieger's order, and in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL:

<u>Ink signature on file in Clerk's Office</u>
GRAND JURY FOREPERSON

APPROVED:

Robert C. Troyer
United States Attorney

By:  *s/ Patricia Davies*
Patricia Davies
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO  80202
Telephone:  (303) 454-0100
E-mail: Patricia.Davies@usdoj.gov
Attorney for Government